Jean E. Faure (jfaure@faureholden.com)
Jason T. Holden (jholden@faureholden.com)
Faure Holden Attorneys at Law, P.C.
1314 Central Avenue
P.O. Box 2466
Great Falls, MT 59403
Phone: (406) 452-6500
*Attorneys for Plaintiff*


DANIEL PINKSTON (Daniel.pinkston@usdoj.gov)
Environmental Defense Section
Environment & Natural Resources Division
U.S. Dept. of Justice
999 18th Street, South Terrace,
Suite 370
Denver, CO 80202
(303) 844-1804
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency.<br><br>Defendant. | No. 24-cv-00062-BMM<br><br>**STATEMENT OF STIPULATED FACTS** |

Plaintiff Calumet Montana Refining, LLC, and Defendant United States Environmental Protection Agency submit the following Statement of Stipulated

Facts as required by the Court's August 2, 2024 order (Doc. 19), and Local Rule 16.2(b)(3):

1. Plaintiff Calumet Montana Refining, LLC ("Calumet") owns a petroleum refinery in Great Falls, Montana. That refinery's average daily aggregate crude oil throughput does not exceed 75,000 barrels.

2. Michael S. Regan is the administrator of the United States Environmental Protection Agency ("EPA").

3. The Clean Air Act requires EPA to decide petitions for small refinery hardship exemptions within 90 days of receiving them.

4. EPA received Calumet's small refinery hardship petition on December 14, 2023. And EPA was required to decide Calumet's small refinery hardship petition by March 13, 2024.

5. EPA did not decide Calumet's small refinery hardship petition by March 13, 2024. EPA still has not decided Calumet's small refinery hardship petition as of the filing of this statement.

6. The deadline for Calumet to demonstrate compliance with its 2023 RFS obligation was March 31, 2024.

7. The deadline for Calumet to demonstrate compliance with its 2024 RFS obligation will be March 31, 2025.

8. On January 19, 2024, EPA received a letter from Calumet notifying it that Calumet intended to sue EPA if EPA did not decide Calumet's hardship petition by March 13, 2024.

9.     On April 25, 2024, EPA received another letter from Calumet notifying it that Calumet intended to sue EPA for its failure to decide Calumet's small refinery hardship petition by March 13, 2024.

.

Dated:  September 16, 2024

                                        /s/ Jean E. Faure
                                        Jean E. Faure
                                        FAURE HOLDEN ATTORNEYS AT LAW, P.C.


                                        /s/ Daniel Pinkston
                                        DANIEL PINKSTON