TODD KIM
Assistant Attorney General
DANIEL PINKSTON
Environmental Defense Section
Environment & Natural Resources Div.
U.S. Dept. of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1804
Daniel.pinkston@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC, | |
| Plaintiff, | Case No. 4:24-cv-62-BMM |
| v. | |
| MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, | |
| Defendant. | |

**DEFENDANT'S CROSS-MOTION
FOR SUMMARY JUDGMENT**

Defendant ("EPA") cross-moves for summary judgment and opposes, in part, Plaintiff's motion for summary judgment, ECF No. 28. EPA does not dispute liability under the Clean Air Act citizen suit provision. But EPA opposes Plaintiff's requested remedy, which is that the Court order EPA to act by

December 13, 2024.  Instead, EPA respectfully requests that the Court order a deadline for EPA's action that is no earlier than January 30, 2025.  EPA also seeks summary judgment on Plaintiff's Administrative Procedure Act claim because the Clean Air Act citizen suit provision provides an adequate remedy.

This motion is supported by the accompanying memorandum and declaration of Byron Bunker.

                                        Respectfully submitted,

                                        TODD KIM
                                        Assistant Attorney General
                                        Environment & Natural Resources Division

Dated:  Oct. 29, 2024        By:    */s/ Daniel Pinkston*
                                        DANIEL PINKSTON
                                        Environmental Defense Section
                                        Environment & Natural Resources Division
                                        U.S. Dept. of Justice
                                        999 18th Street, South Terrace, Suite 370
                                        Denver, CO  80202
                                        (303) 844-1804
                                        Daniel.pinkston@usdoj.gov

                                        Of Counsel:

                                        SAMUEL STRICKLAND
                                        U.S. Environmental Protection Agency
                                        Office of General Counsel
                                        1200 Pennsylvania Ave. NW
                                        Washington, D.C  20460

                                        *Counsel for Defendant*

1