# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LEE ZELDIN,[*] in his official capacity as the Administrator of the United States Environmental Protection Agency.<br><br>    Defendant. | No. 24-cv-00062-BMM<br><br>**JUDGMENT** |

  Upon Plaintiff's Motion for Entry of Judgment (Doc. 50) and with good cause shown, as stated in this Court's order dated December 3, 2024, (Doc. 47)  IT IS HEREBY ORDERED that this case is DISMISSED as MOOT. The Clerk of Court will enter Judgment accordingly.

DATED this 12th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Court