UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>LEE ZELDIN*, in his official capacity as the Administrator of the United States Envionmental Protection Agency,<br><br>          Defendant. | Case No. CV-24-62-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED as MOOT. The Clerk of Court will enter Judgment accordingly.

    Dated this 12th day of March, 2025

                          TYLER P. GILMAN, CLERK

                          By:   /s/ Kelsey Hanning
                                  Deputy Clerk